IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:08cv443 (JCC) |
| CACI-ATHENA, INC. | ) ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff Science Application International Corporation's ("SAIC") Emergency Motion for a Temporary Restraining Order ("TRO") is GRANTED;

(2) Defendant CACI-Athena, Inc. ("Athena") is enjoined from preparing, contributing, submitting, or allowing to be submitted on its behalf any proposal to the Government in response to Request for Proposals No. HHM402-08-R-0100 (the "RFP"), as it may be amended from time to time, except for a proposal in which Athena is proposed to be the subcontractor for SAIC;

(3) Athena shall commit reasonable personnel, materials, and whatever other resources are deemed reasonably necessary to work with SAIC to prepare a timely proposal under

the RFP in which Athena is proposed to be the subcontractor for SAIC;

(4) Athena shall not make any statements or communications to the Government that would have the effect of inducing the Government to award a contract in response to proposals received in response to the RFP to any offeror other than SAIC;

(5) SAIC shall post security in the amount of $150,000 in cash or corporate surety;

(6) the parties shall return to this Court on May 19, 2008, at 10:00 a.m., to determine whether the TRO should be continued or dissolved; and

(7) the Clerk of the Court shall forward copies of this Order to all counsel of record.

May 8, 2008                     _____/s/_____
3:59 P.M. DST                            James C. Cacheris
Alexandria, Virginia            UNITED STATES DISTRICT COURT JUDGE